# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schreier, Karen E. | U.S. District Court, South Dak | 05/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue, Rm. 233
Sioux Falls, SD 57104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Member Board of Directors | South Dakota Children's Home Society |
| 3. | Member Board of Directors | Federal Judges Association |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/8-12/2012 | Washington. DC | board of directors meeting | hotel. airfare and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 T. Rowe Price | | | | | | | | | |
| 2. -EQUITY INCOME FUND | B | Dividend | K | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Dividend | L | T | | | | | |
| 4. -NEW HORIZONS FUND | D | Int./Div. | L | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6. -VALUE FUND | B | Dividend | L | T | | | | | |
| 7. IRA ACCOUNT #1 RBC Wealth Management | | | | | | | | | |
| 8. -Prime Money Market Fund | A | Interest | J | T | | | | | |
| 9. -PACIFIC LIFE FDS Optimization Moderate Class C fund | A | Int./Div. | L | T | Buy | 06/06/12 | J | | |
| 10. | | | | | Sold (part) | 10/18/12 | K | | |
| 11. -Pimco All Asset Auth Cl C fund | A | Int./Div. | K | T | Buy | 10/18/12 | K | | |
| 12. NEW YORK LIFE INSURANCE CO. - ANNUITY | B | Interest | K | T | | | | | |
| 13. NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 14. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 15. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 16. METLIFE INS. CO. LIFE INS. POLICY | A | Interest | K | T | | | | | |
| 17. COMMUNITY HEALTH LTD. (2/3 UNIT) | C | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HOME FEDERAL BANK ACCOUNT | A | Interest | K | T | | | | | |
| 19. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | G | Distribution | N | T | | | | | |
| 20. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 21. - PRIME MONEY MKT FUND | A | Interest | J | T | | | | | |
| 22. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | A | Dividend | K | T | | | | | |
| 23. -ALPS ETF TR ALERIAN MLP FUND | A | Dividend | J | T | Buy (add'l) | 06/25/12 | J | | |
| 24. -ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 25. -BERKSHIRE HATHAWAY CL B COMMON | | None | L | T | | | | | |
| 26. -CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 27. -COCA-COLA COMPANY COMMON | A | Dividend | K | T | | | | | |
| 28. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 29. -DEERE & CO.-COMMON | | None | J | T | Buy | 11/21/12 | J | | |
| 30. -DREYFUS S&P 500 INDEX FUND | A | Dividend | | | Sold | 08/29/12 | K | | |
| 31. -EMC CORP. MASS COMMON | | None | J | T | | | | | |
| 32. -GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 33. -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 34. -ING INDEX PLUS MIDCAP FUND CL A | A | Dividend | | | Merged (with line 35) | 07/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ING INDEX SMID EQUITY. FKA PLUS SMALLCAP FUND CL A | A | Dividend | | | Sold | 08/29/12 | K | | |
| 36. -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 37. -KRAFT FOODS GROUP INC CL A COMMON | A | Dividend | J | T | | | | | |
| 38. -MARKET VECTORS ETF BANK & BROKERAGE -ETF FUND | A | Dividend | J | T | | | | | |
| 39. -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 40. -MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |
| 41. -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 42. -MONDELEZ INT. INC.-COMMON | | None | J | T | Spinoff (from line 37) | 10/05/12 | J | | |
| 43. -PEPSICO INCORPORATED COMMON | A | Dividend | J | T | | | | | |
| 44. -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 45. -PHILIP MORRIS INTL INC. COMMON | B | Dividend | L | T | | | | | |
| 46. -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 47. -UIT FIRST TRUST ENERGY PORT. SER. 43-COMMON | A | Dividend | K | T | Buy | 07/23/12 | K | | |
| 48. -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 49. -VAN ECK FUNDS GLOBAL HARD ASSETS FUND CL C | A | Dividend | J | T | | | | | |
| 50. -WALGREEN CO COMMON | A | Dividend | J | T | | | | | |
| 51. -WALT DISNEY CO (HOLDING CO) COMMON | A | Dividend | | | Sold | 11/21/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 53. -AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | | | | | |
| 54. -OPPENHEIMER DEVELOPING MKTS FUND-CL C | | None | J | T | | | | | |
| 55. -ROYAL DUTCH SHELL PLC COMMON | A | Dividend | J | T | | | | | |
| 56. -UIT FIRST TRUST CANADIAN ENERGY 7 INCOME | A | Dividend | | | Sold | 04/12/12 | J | | |
| 57. -ALLIANCE BERNSTEIN GLOBAL BOND FUND INC CL A | A | Int./Div. | K | T | | | | | |
| 58. -EATON VANCE MUTUAL FUND EMERGING MARKETS | A | Int./Div. | K | T | Buy | 08/29/12 | K | | |
| 59. -PIMCO FDS HI YLD CL C | A | Dividend | K | T | | | | | |
| 60. -TEMPLETON GLOBAL BOND FUND-CL C | B | Dividend | K | T | Buy | 08/29/12 | J | | |
| 61. -NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | A | Interest | K | T | | | | | |
| 62. -THORNBURG LTD TERM MUNICIPAL FUND CL A | A | Interest | K | T | | | | | |
| 63. -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | J | T | | | | | |
| 64. -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 65. -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 66. -EAST SIDE UHSD CALIF. BOND | | None | | | Sold | 09/04/12 | J | A | |
| 67. -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 68. -PENN ST. TPK COMMON TPK TOLL ROADS | | None | J | T | Buy | 04/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PENN. ST. TPK COMMON TPK TOLL ROADS BOND | | None | J | T | | | | | |
| 70. - PIMCO ALL ASSET AUTH CL C FUND | B | Int./Div. | L | T | Buy | 08/29/12 | K | | |
| 71. -LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | J | T | | | | | |
| 72. IRA ACCOUNT #2 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 73. -FEDERATED MONEY MKT FD | A | Interest | J | T | | | | | |
| 74. -ADVISORS INNER CIRCLE CHAMPLAIN SMALL CO FD | A | Dividend | | | Sold | 12/04/12 | J | | |
| 75. -EAGLE SER MID CAP STK FD | A | Dividend | | | Sold | 12/04/12 | J | | |
| 76. -ISHARES TR RUSSELL MIDCAP INDEX FUND | A | Dividend | K | T | Buy | 12/04/12 | K | | |
| 77. -VANGUARD ADMIRAL FUNDS INC. S & P 500 GROWTH INDEX FUND | A | Dividend | J | T | Buy | 12/04/12 | J | | |
| 78. -VANGUARD ADMIRAL FDS. INC.S & P 500 VALUE INDEX | A | Dividend | K | T | Buy | 12/04/12 | K | | |
| 79. -VANGUARD INTL EQUITY INDEX FUND EMERGING MARKERS | A | Dividend | J | T | Buy | 12/04/12 | J | | |
| 80. -VANGUARD TAX MANAGED FUND ETF | A | Dividend | K | T | Buy | 12/04/12 | K | | |
| 81. -ING. CORP. LEADERS TRUST UNIT PARTR CTF SERV B | A | Dividend | | | Sold | 12/04/12 | K | | |
| 82. -EATON VANCE INCOME FUND BOSTON INC INST CL | A | Dividend | J | T | Buy | 04/09/12 | J | | |
| 83. -JANUS INVT FD FORTY FD LL I | | None | | | Sold | 12/04/12 | J | | |
| 84. -AMERICAN FUNDS EURO PACIFIC GROWTH FUND CL A | | None | | | Sold | 12/04/12 | K | | |
| 85. -OPPENHEIMER DEV. MKTS. FDS CLY FUND A | | None | | | Buy (add'l) | 08/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/04/12 | J | | |
| 87. -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Dividend | | | Sold | 08/29/12 | J | | |
| 88. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND CL I | A | Interest | J | T | | | | | |
| 89. -EATON VANCE MUT FDS TR FLTG RATE FD CL A | A | Int./Div. | J | T | | | | | |
| 90. -FT TEMPLETON GLOBAL BOND A | A | Interest | J | T | Sold (part) | 12/11/12 | J | | |
| 91. -FRANKLIN INVS. SER. TR REAL ESTATE FD ADVISOR CL | A | Interest | J | T | | | | | |
| 92. -LOOMIS SAYLES STRATEGIC INCOME FUND CL A | A | Dividend | | | Sold | 08/29/12 | J | | |
| 93. -NEUBERGER BERMAN INC. FDS NEW HIGH INCOME BD FD. INV CL | A | Interest | J | T | | | | | |
| 94. -FICO STRIPS SERIES E BOND | | None | K | T | | | | | |
| 95. -US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 96. -FHR 21 21-Z f/k/a FEDL. HOME LOAN MTG. CORP. BOND | A | Interest | J | T | | | | | |
| 97. BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 98. -GALENA PARK IND. BOND | | None | K | T | | | | | |
| 99. -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | | | | | |
| 100. -SOUTHERN MINNESOTA MUNI PWR BOND | | None | J | T | | | | | |
| 101. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |
| 102. -PENN ST TPK COMMN TPK TOLL ROADS BOND | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - PRIME MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 104. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | L | T | | | | | |
| 105. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 106. DOUGHERTY & DOUGHERTY LLP | D | Interest | N | W | | | | | |
| 107. DISCOVER BANK ACCOUNT | C | Interest | M | T | | | | | |
| 108. BROKERAGE ACCOUNT #4 SCHWAB | | | | | | | | | |
| 109. -SCHWAB GOVT MMK | A | Interest | K | T | Buy | 12/31/12 | J | | |
| 110. -EATON VANCE NAT MUN COMMON | A | Dividend | J | T | | | | | |
| 111. -MARINA BIOTECH INC. COMMON F/K/A MDRNA INC | | None | J | T | | | | | |
| 112. -SPECTRASCIENCE COMMON | | None | J | T | | | | | |
| 113. -US BANCORP DEL COMMON | A | Dividend | J | T | | | | | |
| 114. -BANK AMER CORP BOND | A | Interest | J | T | | | | | |
| 115. -MORGAN STANLEY DEAN WITTER DISCOVER MED TERM SR NTS | A | Int./Div. | | | Redeemed | 12/31/12 | K | A | |
| 116. -MORGAN STANLEY GROUP INC. BOND | A | Interest | J | T | | | | | |
| 117. -MORGAN STANLEY GROUP INC. FLOATING RATE NTS | A | Interest | K | T | | | | | |
| 118. -BANK OF AMERICA NA CD | A | Interest | J | T | | | | | |
| 119. BENEFICIARY SEP IRA #1 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -SCHWAB GOVT MMF | A | Dividend | N | T | Buy | 11/16/12 | N | | |
| 121.  -RYDEX ETF TRUST S&P 500 EQUAL WT INDX FD | A | Dividend | | | Buy | 01/03/12 | M | | |
| 122. | | | | | Sold | 11/16/12 | M | | |
| 123.  -POWERSHS QQQ TRUST | A | None | | | Buy | 01/03/12 | M | | |
| 124. | | | | | Sold | 11/16/12 | M | | |
| 125.  BENEFICIARY TRAD IRA #2 | | | | | | | | | |
| 126.  -SCHWAB GOVT MONEYMARKET FUND | B | Int./Div. | L | T | Buy (add'l) | 11/21/12 | J | | |
| 127.  -POWERSHS QQQ TRUST SER I | A | Dividend | | | Sold | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DREYFUS S & P 500 INDEX FUND, ING INDEX SMID CAP EQUITY FUND, AND UIT FIRST TRUST CANADIAN ENERGY 7 INCOME WERE SOLD AT A LOSS. AS A RESULT, NO CAPITAL GAIN WAS REPORTED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen E. Schreier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544